[No. 121-2.   Division Two.   November 6, 1970.]

THE STATE OF WASHINGTON, *Respondent,* v. LEE ALLEN BURROWS, *Appellant.*

*Lester Stritmatter,* for appellant.

*L. Edward Brown, Prosecuting Attorney,* for respondent.

PER CURIAM.—Lee Allen Burrows appeals from an order of the Grays Harbor County Superior Court denying him

the right to appeal from a justice court judgment. The justice court found him guilty of unlawful possession and sale of a narcotic drug. Undisputed evidence showed that the substance possessed and sold by appellant was marijuana. In *State v. Zornes*, 78 W.D.2d 9, 456, 475 P.2d 109 (1970), it was held that the narcotic drug act (RCW 69.33) is inapplicable to any criminal offense involving marijuana.

The justice court imposed a 6-month sentence for the sale of marijuana and a 30-day sentence for the possession of marijuana, the sentences to run concurrently. We hold that *Zornes* applies to any charge brought under the narcotic drug act involving marijuana irrespective of the sentence imposed. *See State v. Williams*, 78 W.D.2d 459, 475 P.2d 100 (1970).

Since the appeal is now pending, the judgment is reversed and the action dismissed.

It is so ordered.